# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK NAHMIAS,** <br><br> Plaintiff, <br> v. <br><br> **MIDLAND FUNDING, LLC,** <br><br> Defendants. | Case No: 5:15-CV-02052-NC <br><br> [~~Proposed~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> HON. NATHANAEL M. COUSINS |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 14, 2015



_____
HON. NATHANAEL M. COUSINS
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Nathanael M. Cousins